ZINTER, Justice
(concurring specially).
[¶ 35.] I join the opinion of the Court. I write to point out that the dissent is based on an incorrect description of American Family’s prior refusal to insure the Busskohls. The only evidence on this issue came from the deposition testimony of American Family Insurance Agent Mark Koch and Grace Busskohl, David’s wife at the time they were refused homeowner’s insurance by American Family. This testimony was not disputed by David. And it clearly reflects that the prior refusal to insure was not, as the dissent describes it, an ancient casual conversation regarding an unremarkable attempt to obtain insurance. See Dissenting Opinion, infra ¶¶ 40, 46.
[¶ 36.] On the contrary, the record reflects that after the 1990 fire that destroyed Busskohls’ prior home, David and Grace rebuilt and were calling insurance agencies, attempting to insure their new home. David and Grace went to Agent Koch’s office seeking homeowner’s insurance. They discussed the construction plans for the new home. They even visited the home itself “to see if we could insure it.” Deposition of Agent Koch, 7. Agent Koch expressed his doubts to the Busskohls because their prior home had been recently destroyed by fire. Nevertheless, Agent Koch “contacted an underwriter from the company and [the underwriter] said absolutely we couldn’t [insure the new home] because of the loss history.” Id. Shortly thereafter, Agent Koch notified Busskohls: “American [F]amily had refused to write insurance [on their new house.]” Id. at 9. Agent Koch specifically told them that the refusal was because of their claims history.
[¶ 37.] Grace confirmed that American Family’s refusal to insure was a significant event. In her deposition, Grace acknowledged that the South Dakota Division of Criminal Investigation investigated the 1990 fire and David was arrested for arson.[6] She then indicated that she and David knew their insurer at the time of the 1990 fire (Allstate) would not insure their new home. Consequently, she testified that she and David went to Agent Koch’s office to obtain insurance, but American Family would not insure them. She specifically confirmed that she and David were both in Agent Koch’s office when he informed them: “You have been denied.” Deposition of Grace Busskohl, 61. She even testified that she and David understood they had to find another agency.
[¶ 38.] These facts were undisputed. They clearly indicate that American Family’s refusal to insure the Busskohls was a remarkable event. It certainly was not some remote casual conversation. Cf. Dissenting Opinion, infra ¶¶ 40, 46. There *837 fore, under the facts of this case, I agree that David made a material misrepresentation on the insurance application with De Smet.

. The charges were later dismissed.